Decided March 12, 2004

## MICHAEL AMMIRATA ET AL. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF REDDING ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 81 Conn. App. 193 (AC 20640), is denied.

*Paul L. Bollo*, in support of the petition.

*Peter S. Olson*, in opposition.

Decided March 12, 2004